AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES )
)
*Plaintiff* )
)
v. ) Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN**
)
AIRBUS, S.A.S., a foreign corporation, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**THALES AVIONICS, INC.**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**APRIL 9, 2010**
Date: _____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES<br>*Plaintiff*<br>v.<br>AIRBUS, S.A.S., a foreign corporation, et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  **10-20851-CIV-HUCK/O'SULLIVAN**<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Motorola, Inc.**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **APRIL 9, 2010**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES<br>*Plaintiff*<br>v.<br>AIRBUS, S.A.S., a foreign corporation, et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN**<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Intel Corporation**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES <br> *Plaintiff* <br> v. <br> AIRBUS, S.A.S., a foreign corporation, et al. <br> *Defendant* | Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Hamilton Sundstrand Corp.**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES<br>*Plaintiff*<br>v.<br>AIRBUS, S.A.S., a foreign corporation, et al.<br>*Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  **10-20851-CIV-HUCK/O'SULLIVAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**GE AVIATION SYSTEMS, LLC**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES )
)
*Plaintiff* )
)
v. )  Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN**
)
AIRBUS, S.A.S., a foreign corporation, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**GENERAL ELECTRIC CO.**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES <br> *Plaintiff* <br> v. <br> AIRBUS, S.A.S., a foreign corporation, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Honeywell International, Inc.
By Serving its Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  **APRIL 9, 2010**

Steven M. Larimore
Clerk of Court

SUMMONS

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES )
)
*Plaintiff* )
)
v. ) Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN**
)
AIRBUS, S.A.S., a foreign corporation, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**GOODRICH CORP.**
By Serving its Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) ) | Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN** |
| AIRBUS, S.A.S., a foreign corporation, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**THALES USA, Inc.**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES )
*Plaintiff* )
v. )
AIRBUS, S.A.S., a foreign corporation, et al. )
*Defendant* )

Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**AIRBUS AMERICAS SALES, INC.**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-20851-CIV-HUCK/O'SULLIVAN |
| AIRBUS, S.A.S., a foreign corporation, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**THALES GROUP**
By Serving its Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**APRIL 9, 2010**
Date: _____

Steven M. Larimore
Clerk of Court

SUMMONS

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES <br> *Plaintiff* <br> v. <br> AIRBUS, S.A.S., a foreign corporation, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **10-20851-CIV-HUCK/O'SULLIVAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**ROSEMOUNT AEROSPACE, INC.**
By Serving its Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES <br> *Plaintiff* <br> v. <br> AIRBUS, S.A.S., a foreign corporation, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No.  **10-20851-CIV-HUCK/O'SULLIVAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**DUPONT CO.**
1007 N. Market Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MONICA GAGLIANO JUCA DE OLIVEIRA as PR of the Estate of LUCAS GAGLIANO J. DOMINGUES )
)
*Plaintiff* )
)
v. )   Civil Action No.   **10-20851-CIV-HUCK/O'SULLIVAN**
)
AIRBUS, S.A.S., a foreign corporation, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**RAYCHEM CO.**
300 Constitution Drive
Menlo Park, California 94025-1164

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Marks, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 9, 2010**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts